# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROSEMARY COMENA

VERSUS

CECIL P. SMITH, DS SERVICES
OF AMERICA, INC., AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO.   2019 CW 1498

**MAR 1 3 2020**

---

In Re:   Cecil P. Smith, DS Services of America, Inc. and Safety National Casualty Corporation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 656231.

---

BEFORE:   **McDONALD, WELCH, THERIOT, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**
**JEW**
**WRC**

**Holdridge, J.,** concurs. This action does not preclude relator from re-urging the request that the expert's testimony not related to the causation issue be admitted into evidence at trial if it can be shown that said testimony is admissible.

**McDonald and Theriot, JJ.,** concur in part and dissent in part. We concur in the denial of the writ as to the exclusion of Dr. Torrence Welch's opinion regarding medical causation of the plaintiff's, Rosemary Comena's, injuries; however, we dissent and would grant the writ application in part to the extent that the trial court's June 21, 2019 judgment excludes the remainder of Dr. Welch's testimony, which may be admissible upon proper foundation at trial.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT